**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2807-23

THERESA BLAKELEY,

    Plaintiff-Appellant,

v.

LIFECELL CORPORATION,
ALLERGAN, INC., and
ALLERGAN USA, INC.,

    Defendants-Respondents.

_____

Submitted January 27, 2026 – Decided February 12, 2026

Before Judges Firko, Perez Friscia, and Vinci.

On appeal from the Superior Court of New Jersey, Law Division, Atlantic County, Docket No. L-1214-22.

Lite DePalma Greenberg & Afanador, LLC, Edward B. Mulligan V (Cohen & Malad, LLP), Jonathan A. Knoll (Cohen & Malad, LLP) of the Indiana bar, admitted pro hac vice, Robert E. Price (Ketterer, Browne & Associates, LLC) of the Florida bar, admitted pro hac vice, and Keith E. Smith (Ketterer, Browne & Associates, LLC) of the Texas bar, admitted pro hac vice, attorneys for appellant (Bruce D. Greenberg, Collin Schaffhauser, Edward B. Mulligan, Jonathan A.

Knoll, Robert E. Price, and Keith E. Smith, on the briefs).

Barnes & Thornburg LLP, Barbara A. Smith (Bryan Cave Leighton Paisner LLP) of the Missouri and District of Columbia bars, admitted pro hac vice, and Seth M. Reid (Bryan Cave Leighton Paisner LLP) of the Missouri and District of Columbia bars, admitted pro hac vice, attorneys for respondent (David W. Field, Barbara A. Smith, and Seth M. Reid, on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

*M.C. Harley*

Clerk of the Appellate Division

2

A-2807-23